United States District Court
Western District of Pennsylvania

15BB mw
NO FEE/NO IFP

Jonathan Lee Riches,
Plaintiff

08.0250

V.

Laszlo Birinyi; Lisa W. Hess; FCI Williamsburg,
Defendants

HABEAS Corpus Relief under 28 USC 2241 and 28 USC 1331

Defendants, FCI Williamsburg work in the laundry department. Plaintiff did not receive proper clothing on 1-5-08, after Plaintiff got out of the Shu. Plaintiff was provided with used clothing, used boots, pants with stains, only 4 pairs of socks, which forces Plaintiff to wear dirty socks 3 other days a week. Plaintiff's clothes are too big. Plaintiff is not provided thermals in the cold. Plaintiff has used boxers, holes in his socks. Plaintiff's 8th amendment rights for cruel and unusual punishment are violated. Plaintiff seeks proper clothing according to the weather, and clean and new clothes. Plaintiff prays for relief.

FILED
FEB 20 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA